7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Pedro "NMN" Bolanos
*Debtor*

*Bankruptcy Case No.*
13–61050–abf7

**Tonya Wallace**
    Plaintiff(s)

*Adversary Case No.*
13–06052–abf

v.

**Pedro "NMN" Bolanos**
    Defendant(s)

## JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

***IT IS ORDERED AND ADJUDGED***: That Judgment is hereby entered in favor of the Plaintiff, Tonya Wallace, and against the Defendant, Perdo "NMN" Bolanos. Defendant's debt in the amount of $100,000.00 to Plaintiff Tonya Wallace is non–dischargeable pursuant to ll U.S.C. Section 523)(a)(6), based upon Debtor's willful and malicious injury to Plaintiff.

Ann Thompson
Court Executive

By: /s/ Sharon Greene
Deputy Clerk



Date of issuance: 1/6/14

Court to serve